| PROB 22 (Rev. 04/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 0971 3:18CR00079 |
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* |
| | | 2:25-cr-00074-JCM-NJK |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Michael R. Becker | Northern District of California | San Francisco |
| | NAME OF SENTENCING JUDGE | |
| | Judge William Alsup, Senior United States District Judge | |
| Henderson, Nevada | DATES OF PROBATION/SUPERVISED RELEASE | FROM 01/19/18 | TO 01/18/28 |

**OFFENSE**

21 U.S.C. §§ 841 (a)(1) and 846: Conspiracy to distribute and possess with intent to distribute crystal methamphetamine

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Becker intends to remain in the District of Nevada, where he has resided since 2021.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    Northern    DISTRICT OF    California

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the    District of Nevada    upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

**March 28, 2025**
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE            DISTRICT OF

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

April 3, 2025
*Effective Date*

*United States District Judge*

Prepared by:  ME

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Michael R. Becker
Case No.: **2:25-cr-00074-JCM-NJK**

**REQUESTING ACCEPTANCE OF JURISDICTION**

March 28, 2025

TO:   United States District Judge

On January 6, 2003, Michael R. Becker was sentenced in the District of Hawaii by the Honorable Judge Helen Gillmor to a term of 240 months imprisonment followed by 10 years of supervised release for committing the offenses of Conspiracy to Distribute and Possess with intent to Distribute Crystal Methamphetamine, a Schedule II controlled substance. Becker commenced supervision on January 19, 2018, in the Northern District of California. On February 12, 2018, the Honorable Judge William Alsup accepted jurisdiction of Becker's case. On November 19, 2021, the District of Nevada accepted supervision of Becker's case, where he has remained.

Becker has no intention of returning to the Northern District of California. As such, the Probation Office recommends that the Court accept jurisdiction of the case. As noted by his signature on the attached Transfer of Jurisdiction form (Prob 22), U.S. District Court Judge William Alsup has agreed to relinquish jurisdiction. Should the Court agree with this request, the Transfer of Jurisdiction form is attached for your Honor's signature.

If you should have any questions, please contact the undersigned officer at (702) 527-7266.

Respectfully submitted,

*Briana Casey*
Digitally signed by Briana Casey
Date: 2025.03.28 14:11:17 -07'00'

Briana Casey
United States Probation Officer

Approved:

*Joy Gk*
Digitally signed by Joy Gabonia
Date: 2025.03.28 13:05:26 -07'00'

Joy Gabonia
Supervisory United States Probation Officer